**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 3 2025

**TAMMY H. DOWNS, CLERK**
By: _Brink Brooll_
                    **DEP CLERK**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

3:25 - CV - 00268 - DPM

**CHESTER WILLIE BANKS III**
Plaintiff

v.

**GREENE COUNTY, ARKANSAS**
Defendant

# MOTION TO VACATE VOID RESTRAINING ORDER FOR LACK OF SERVICE AND DUE PROCESS VIOLATIONS

## I. INTRODUCTION

This case assigned to District Judge _Marshall_
and to Magistrate Judge _Kearney_

I respectfully move this Court to vacate the March 3, 2015 restraining order issued in Greene County, Arkansas, on the basis that it was entered without lawful service, without proper notice, and in violation of constitutional due process protections. A court lacks jurisdiction to issue orders when no service has been completed.

## II. STATEMENT OF FACTS
1. A court order to appear was issued on February 15, 2015.
2. I was never served with a summons, petition, complaint, or notice.
3. I did not sign any acknowledgment of service.
4. No affidavit of service exists, nor has one ever been produced.
5. On March 3, 2015, a ten■year restraining order was issued against me without my knowledge.

## III. VIOLATED LAWS AND CONSTITUTIONAL PROVISIONS
• 14th Amendment – Denial of procedural due process.
• 5th Amendment – Violation of fundamental fairness.
• 42 U.S.C. § 1983 – Deprivation of rights under color of law.
• 18 U.S.C. § 242 – Deprivation of rights by officials.
• 18 U.S.C. § 241 – Conspiracy against rights.
• Federal Rule of Civil Procedure 4 – Service of process requirements.

Any order issued without lawful service is void ab initio.

## IV. RELIEF REQUESTED
1. Immediate vacatur of the March 3, 2015 restraining order.
2. Full correction and amendment of the court record.
3. Production of all service logs, affidavits, and attempted service documentation.
4. A hearing to address constitutional violations.

## V. CERTIFICATE OF SERVICE
I certify that a true and accurate copy of this motion was submitted to the Greene County

Circuit Clerk.

Respectfully submitted,

Chester Willie Banks III
14912 Camp Ln
Gulfport, MS 39503

AFFIDAVIT OF NON■SERVICE I, Chester Willie Banks III, declare under penalty of perjury that: 1. I was never served with any summons, petition, notice, or complaint related to the restraining order filed March 3, 2015 in Greene County, Arkansas. 2. I did not sign any acknowledgment of service. 3. No officer, deputy, process server, or court employee ever delivered any documents to me. 4. I was unaware of the restraining order until years after it was issued. 5. Because no service occurred, the court lacked jurisdiction to issue the order. Executed under 28 U.S.C. § 1746.

*Chester V Banks*_____ Chester Willie Banks III 14912 Camp Ln Gulfport, MS 39503

FEDERAL CIVIL COVER SHEET (AO 241 PLACEHOLDER) This cover sheet accompanies the Motion to Vacate Void Order. Fields normally completed by plaintiff include: • Plaintiff: Chester Willie Banks III • Defendant: Greene County, Arkansas • Basis of Jurisdiction: Federal Question (28 U.S.C. § 1331) • Nature of Suit: Civil Rights – Other (440) • Cause of Action: 42 U.S.C. § 1983, 14th Amendment Due Process violations • Requested Relief: Vacatur of unconstitutional order This page is formatted to match standard federal intake requirements.

TABLE OF AUTHORITIES U.S. Constitution • U.S. Const. amend. XIV • U.S. Const. amend. V Statutes • 42 U.S.C. § 1983 • 18 U.S.C. § 241 • 18 U.S.C. § 242 • Fed. R. Civ. P. 4 • 28 U.S.C. § 1746 Cases • Mullane v. Central Hanover Bank, 339 U.S. 306 (1950) • Greene v. Lindsey, 456 U.S. 444 (1982) These authorities support vacatur of an order issued without lawful service.

LETTER TO THE HONORABLE JUDGE Your Honor, I respectfully request judicial review of my Motion to Vacate Void Restraining Order. The order entered March 3, 2015 was issued without lawful service and in violation of constitutional due process. I request that the Court review: • Affidavit of Non■Service • Motion to Vacate • All attached exhibits • Table of Authorities Respectfully, Chester Willie Banks III 14912 Camp Ln Gulfport, MS 39503

## SUMMONS

IN THE CIRCUIT COURT
OF GREENE COUNTY, ARKANSAS
STATE OF ARKANSAS
PARAGOULD, AR 72450

DR 2015-25 (VH)   CASE #:
                  COURT DIVISION

PLAINTIFF(S): Shelby Rose        PLAINTIFF'S ATTORNEY

VS

DEFENDANT(S): Chester Willie Banks III   DEFENDANT'S ATTORNEY

The State of Arkansas to Defendant: Chester W Bank III

### NOTICE

1. You are hereby notified that a lawsuit has been filed against you. The relief asked is stated in the attached complaint/petition.

2. The attached complaint will be considered admitted by you and a judgement by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense.

Your pleading or answer must meet the following requirements:

   A. It must be in writing, and otherwise comply with the rules of civil procedure.

   B. It must be filed in the court clerk's office within ____ days from the day you were served with this summons.

3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional notices:
   DATE OF HEARING Jan 27, 2015
   EX-PARTE ORDER

Witness my hand and the seal of this court the 20 day of Jan 2015

CIRCUIT CLERK Jan Griffith

BY: R Callahan dc
   Deputy Clerk

STATE OF ARKANSAS, COUNTY OF _____
TODAY:____DAY OF _____, I HAVE DULY SERVED THE WITHIN SUMMONS BY DELIVERING A COPY THEREOF;
WITH A COPY OF THE COMPLAINT/PETITION (AND NOTICE) TO:_____
SUCH PERSON BEING: (CHECK APPLICABLE SQUARE)
   ( ) THE PERSON NAMED THEREIN AS DEFENDANT
   ( ) A PERSON RESIDING IN DEFENDANT'S DWELLING HOUSE ABOVE 14 YEARS OF AGE
       AT DEFENDANT'S USUAL PLACE OF ABODE
   ( ) THE DULY DESIGNATED AGENT FOR SERVICE OF PROCESS FOR THE DEFENDANT

SERVICE: _____        _____ SHERIFF:
MILEAGE: _____        _____ DS:
RETURN:  _____

## SUMMONS

IN THE CIRCUIT COURT
OF GREENE COUNTY, ARKANSAS
STATE OF ARKANSAS
PARAGOULD, AR 72450

DR 2015-25 (VH)    CASE #:
COURT DIVISION

PLAINTIFF(S): Shelby Rose                  PLAINTIFF'S ATTORNEY

VS

DEFENDANT(S): Chester Willie Banks III  DEFENDANT'S ATTORNEY

The State of Arkansas to Defendant: Chester W Bank III

### NOTICE

1. You are hereby notified that a lawsuit has been filed against you. The relief asked is stated in the attached complaint/petition.

2. The attached complaint will be considered admitted by you and a judgement by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense.

Your pleading or answer must meet the following requirements:

   A. It must be in writing, and otherwise comply with the rules of civil procedure.

   B. It must be filed in the court clerk's office within _____ days from the day you were served with this summons

3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional notices:
   DATE OF HEARING Jan 27, 2015
   EX-PARTE ORDER

Witness my hand and the seal of this court the 20 day of Jan 2015

CIRCUIT CLERK Jan Griffith

BY: R Callahan dc
    Deputy Clerk

STATE OF ARKANSAS, COUNTY OF Greene
TODAY:15th DAY OF FEB, I HAVE DULY SERVED THE WITHIN SUMMONS BY DELIVERING A COPY THEREOF,
WITH A COPY OF THE COMPLAINT/PETITION (AND NOTICE) TO: Chester Banks III
SUCH PERSON BEING: (CHECK APPLICABLE SQUARE)
      (X) THE PERSON NAMED THEREIN AS DEFENDANT
      ( ) A PERSON RESIDING IN DEFENDANT'S DWELLING HOUSE ABOVE 14 YEARS OF AGE
          AT DEFENDANT'S USUAL PLACE OF ABODE
      ( ) THE DULY DESIGNATED AGENT FOR SERVICE OF PROCESS FOR THE DEFENDANT

SERVICE: _____        David Carter           SHERIFF:
MILEAGE: _____        Ethan McCain #12        DS:
RETURN: _____

**IN THE CIRCUIT COURT OF** Greene **COUNTY, ARKANSAS**
**DOMESTIC RELATIONS DIVISION**

Shelby Rose

V.

DR-20|5 - 25

**PETITIONER**
FILED IN
OPEN COURT

FEB 0 3 2015

Chester Banks

HOME ADDRESS

624 W. Strawn Av
Jonesboro AR 72401

WORK ADDRESS

**RESPONDENT**
GREENE CO. CIRCUIT CLERK

## ORDER CONTINUING EX-PARTE ORDER
## OF PROTECTION AND SETTING DATE FOR HEARING

On this day, the day scheduled for a full hearing on the Petition for Order of Protection it

being made known to the Court that:

☒ Respondent has not been served with a copy of the Ex-Parte Order of Protection and
  Notice of Hearing
☐ Respondent has requested a continuance to hire an attorney
☐ Respondent and Petitioner have agreed to a continuance to a future date
☐ _____

This matter is continued and a new date of ___March 3___, 2015, at 9: 30 a.m. is

hereby set for a hearing on the Petition. Pending the hearing, the Ex-Parte Order will remain in

full force and effect.

The Sheriff of ___Any___ County, Arkansas, is directed to serve Respondent

with a copy of the Ex-Parte Order of Protection and this Order prior to the above hearing date.

Entered this 3rd day of February, 2015.

**CIRCUIT JUDGE**

**IN THE CIRCUIT COURT OF** Greene **COUNTY, ARKANSAS**
**DOMESTIC RELATIONS DIVISION**

Shelby Rose

V.

DR-2015 - 25

Chester Bonds
**HOME ADDRESS**
624 W. Strawn Av
Jonesboro, AR 72401
**WORK ADDRESS**

FILED IN
**PETITIONER**OPEN COURT

JAN 27 2015

GREENE CO. CIRCUIT CLERK
**RESPONDENT**

## ORDER CONTINUING EX-PARTE ORDER
## OF PROTECTION AND SETTING DATE FOR HEARING

On this day, the day scheduled for a full hearing on the Petition for Order of Protection it

being made known to the Court that:

☒ Respondent has not been served with a copy of the Ex-Parte Order of Protection and
Notice of Hearing
☐ Respondent has requested a continuance to hire an attorney
☐ Respondent and Petitioner have agreed to a continuance to a future date
☐ _____

This matter is continued and a new date of February 3rd , 2015, at 9:___ a.m. is

hereby set for a hearing on the Petition. Pending the hearing, the Ex-Parte Order will remain in

full force and effect.

The Sheriff of _____ County, Arkansas, is directed to serve Respondent

with a copy of the Ex-Parte Order of Protection and this Order prior to the above hearing date.

Entered this 27 day of _____, 2015.

**CIRCUIT JUDGE**

This Order is being entered pursuant to a standing Order issued by the
Administrative Circuit Judge of the Second Judicial District pursuant to
Section 6(c) of Administrative Order No. 18 of the Arkansas Supreme
Court regarding District Court Pilot Jurisdiction, said standing Order
having been recorded in the official records of Greene County by the
Circuit Clerk, in Book Number 16 at Page Number 757.

# Ex Parte Order
## of **Protection**
☐ Amended Order

Case No. DR 2015-25 (4)

Court: Circuit    Div. ☐

County: Greene , Arkansas

FILED
JAN 2 0 2015
GREENE CO CIRCUIT CLERK

**Petitioner/Plaintiff**

Shelby Rose

First    Middle    Last

10-22-1991

Petitioner's Date of Birth (mm/dd/yyyy)    Race C    Sex F

**Minor Children Protected under this Order:**

Rylin Banks          d.o.b. 1/10/13

Traeleigh Banks      d.o.b. 5/9/14

_____ d.o.b. _____

_____ d.o.b. _____

**This Order is Effective Until:**

Vacated or set aside

*Pursuant to Federal law, this Order shall be enforced by law enforcement officers in all states, territories, districts and tribal lands regardless of whether this Order of Protection is registered locally.*

**Versus**

**Respondent/Defendant**

Chester Banks

First    Middle    Last

Address: 624 W Strawn Av

Jonesboro Ar 72401

**CAUTION:** ☐ Respondent possesses a firearm
☐ Respondent has history of extreme violence

**Relationship Identifiers:** ☐ Current or former spouses ☐ Parents of child(ren) in common
☐ Lived together ☐ Current or past dating relationship ☐ Other Relative (Explain)_____

**Respondent Identifiers**

| Sex | Race | DOB mm/dd/yyyy | Ht | Wt |
|-----|------|----------------|-----|-----|
| B | M | 8-2-1992 | 5'9 | 140 |

| Eyes | Hair | SS# |
|------|------|-----|
| Brown | Black | |
| Phone # | | DL # or other ID# |

**THE COURT HEREBY FINDS AND ORDERS:**

**That there is jurisdiction over the parties and subject matter, and the Petitioner has presented sufficient evidence to show: 1.) that the victim(s) is (are) in immediate and present danger of domestic abuse or 2.) that the Respondent is scheduled to be released from incarceration within thirty(30) days, and upon the Respondent's release there will be an immediate and present danger of domestic abuse. The Ex Parte Temporary Order of Protection is hereby granted pursuant to the terms herein.**

**The Respondent is ordered to appear before the Court on the 27 day of January , 2015 at 9:30 a.m./p.m. in the Courthouse located at 320 W. Court , Paragould , AR. If you fail to appear, the Court will likely make this Order permanent without further notice to you.**

**The Respondent is hereby restrained from committing any criminal act against the victim(s) including, but not limited to: acts of violence or Domestic Abuse, A.C.A §9-15-103 (3); Harassment A.C.A §5-71-208; Harassing Communications A.C.A. §5-71-209; Stalking A.C.A. §5-71-229; or Terroristic Threatening A.C.A. §5-13-301.**

Page 1 of 3

☑ The Respondent is prohibited from initiating any contact with the victim(s) including but not limited to physical presence, telephonic, electronic, oral, written, visual, or video. Respondent also shall not use a third party to contact the victim(s) except by legal counsel or as authorized by law or court order.

☑ The Respondent is excluded from the Petitioner's residence and the immediate vicinity thereof.

Petitioner's Address: _____ (or)

☐ The Petitioner's address is excluded from notice to the Respondent.

☑ The Respondent is prohibited from the following places:

**Petitioner's Workplace:** _____

**School:** _____

**Other (Identify):** _____

_____

☑ ____Petitioner____ is awarded temporary custody of the minor child(ren):

(Names) _____

☑ Any law enforcement officer with jurisdiction is ordered to assist the Petitioner in gaining possession of the dwelling, and/or to otherwise assist in execution or service of the Order of Protection.

☐ **Other Orders:** _____

_____

_____

_____

_____

If the parties (or other persons named herein) are subject to the jurisdiction of another court (i.e. through a divorce or paternity action), upon proper notice and the opportunity to be heard, said court may amend the terms of this Order as appropriate.

On this 20th day of January, 20 15, IT IS SO ORDERED.

CIRCUIT JUDGE

**Page 2 of 3**

Office of the Circuit Clerk, _Green_ County, _Paragould_ ,AR _72450_
Phone: _239-6330_

# WARNINGS TO RESPONDENT

—Pursuant to A.C.A. §9-15-207, a violation of an Order of Protection is a Class A misdemeanor carrying a maximum penalty of one year imprisonment in the county jail or a fine of up to $2,500, or both.  A violation of an Order of Protection under this section within five (5) years of a previous conviction for violation of an Order of Protection is a **Class D felony** punishable by up to six years in prison or up to a $10,000 fine or both.

—It is a federal offense for an individual who is subject to a Final Order of Protection or convicted of a misdemeanor of domestic violence to ship, transport, or possess a firearm or ammunition pursuant to 18 U.S.C. §922(g)(8) and (9).

—Crossing state, territorial, or tribal boundaries to violate this Order may result in federal imprisonment pursuant to 18 U.S.C. §2262.

# NOTICE TO LAW ENFORCEMENT

—This Order of Protection is enforceable in every county of this state by any court or law enforcement officer.   See A.C.A. §9-15-207(g).

# PROOF OF SERVICE

Case #_____    Court Date:_____

**SERVED:  Date**_____    **Time:**_____    **Place**_____

**Attempts Made:  List only date and time**

1) _____    2)_____    3)_____

_____
Served On (Print Name)                                         Manner of Service

_____
Served By (Print Name)                     Title                          Badge #

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the State of Arkansas that the foregoing information contained in the proof of service is true and correct.

Executed on _____    _____
                        Date                          Signature of Server

                                        _____
                                        Address of Server

# Final Order of Protection

☐ Amended Order

FILED IN
OPEN COURT

MAR 0 3 2015

GREENE CO. CIRCUIT CLERK

Case No. DR 2015-25

Circuit Court, Div. ☐

County: Greene , Arkansas

## Petitioner/Plaintiff

Shelby ___ Rose

First    Middle    Last

10-22-1991

Petitioner's Date of Birth (mm/dd/yyyy)

Race: C    Sex: F

**Minor Children Protected under this Order**

Rylin Banks    d.o.b. 1/10/13

Tralleigh Banks    d.o.b. 5/9/14

___ d.o.b. ___

___ d.o.b. ___

## This Order is Effective Until:

March 3, 2025

***Pursuant to Federal law, this Order shall be enforced by law enforcement officers in all states, territories, districts and tribal lands regardless of whether this Order of Protection is registered locally.***

## Versus

## Respondent/Defendant

Chester ___ Banks

First    Middle    Last

Address: 624 W Strawn Av

Jonesboro AR 72401

Employer: Apex

**CAUTION:** ☐ Respondent possesses a firearm
☐ Respondent has history of extreme violence

## Respondent Identifiers

| Sex | Race | DOB mm/dd/yyyy | Ht | Wt |
|-----|------|----------------|-----|-----|
| B | N | 08-22-1992 | 5'4" | 140 |

| Eyes | Hair | SS# |
|------|------|-----|
| brown | black | |
| Phone # | | DL # or other ID# |
| | | |

Distinguishing Characteristics:
"C" tattooed on right bicep
"B" tattooed on left bicep
"___" tattooed on left forearm

**Relationship Identifiers:** ☐ Current or former spouses    ☒ Parents of child(ren) in common
☒ Lived together    ☒ Current or past dating relationship    ☐ Other Relative (Explain) ___

## THE COURT HEREBY FINDS AND ORDERS:

That there is jurisdiction over the parties and subject matter, and the Respondent has been provided with proper notice and the opportunity to be heard. That the victim(s) is (are) in immediate and present danger of domestic abuse and therefore an Order of Protection is hereby granted pursuant to the terms herein.

Page 1 of 5

A hearing on this matter was held on the 3ʳᵈ day of March , 2015 .

☐ The Petitioner appeared pro se.

☒ The Petitioner was represented by counsel Teresa Franklin, Legal Aid of Arkansas

☐ The Respondent appeared pro se.

☐ The Respondent was represented by counsel_____.

☒ The Respondent failed to appear despite proper notice.

X   The Respondent is restrained from committing any criminal act against the victim(s) including, but not limited to: acts of violence or Domestic Abuse, A.C.A §9-15-103 (3); Harassment A.C.A §5-71-208; Harassing Communications A.C.A. §5-71-209; Stalking A.C.A. §5-71-229; or Terroristic Threatening A.C.A. §5-13-301.

☒ The Respondent is prohibited from initiating any contact with the victim(s) including but not limited to physical presence, telephonic, electronic, oral, written, visual, or video.  Respondent also shall not use a third party to contact the victim(s) except by legal counsel or as authorized by law or court order.

☒ The Respondent is excluded from the Petitioner's residence and the immediate vicinity thereof.

Petitioner's Address: 714 West Main Street, Paragould AR 72450
(or) ☐ The Petitioner's address is excluded from notice to the Respondent.

☐ The Respondent is prohibited from the following places:

**Petitioner's Workplace:** _____

**School:** _____

**Other (Identify):** _____

_____

☒    _Shelby Rose_____ is awarded temporary custody of the minor child(ren) for the duration of this order or until future orders shall be issued from a Court with jurisdiction over the parties:

(Children's Names) _Rylin Banks_____

_____Traleigh Banks_____

☐    Visitation with regard to the minor child(ren) is established as follows: _____

_____

_____

_____

☐    _____ is ordered to pay child support to _____ through the Circuit Clerk's Office in the amount of $_____ per _____, plus any Clerk fees as they come due with said payments to begin on _____. This amount is according to the Child Support Chart based upon the payor's income of _____ per _____.

This amount does/does not (circle one) deviate from the Child Support Chart.
   *(If the amount deviates from the Chart, the justification is included below in the "Other Order's section)*

☐    _____ is ordered to pay spousal support in the amount of $_____ per _____, beginning on _____. The spousal support shall be paid until _____. Method of payment shall be:_____

_____

**Note:  As there is an expiration date on all Orders of Protection, future matters regarding Child Support, Alimony and Visitation should be handled through another Domestic Relations case (i.e. divorce, paternity, or through the Office of Child Support Enforcement).**

☐    A law enforcement officer with jurisdiction is ordered to assist the Petitioner in gaining possession of the dwelling, and/or to otherwise assist in execution or service of the Order of Protection.

☐    A law enforcement officer with jurisdiction is ordered to assist the Respondent in obtaining their personal effects from the dwelling upon proper and timely request of the Respondent.

☐    Other Orders: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If the parties (or other persons named herein) are subject to the jurisdiction of another court (i.e. through a divorce or paternity action), upon proper notice and the opportunity to be heard, said court may amend the terms of this Order as appropriate.*

On this ⅗ day of _____May_____ , 20 15 , IT IS SO ORDERED.

_____
CIRCUIT JUDGE

# WARNINGS TO RESPONDENT

--Pursuant to A.C.A. § 9-15-207, a violation of an Order of Protection is a Class A misdemeanor carrying a maximum penalty of one year imprisonment in the county jail or a fine of up to $2,500, or both. A violation of an order of protection under this section within five (5) years of a previous conviction for violation of an order of protection is a <u>Class D felony</u> punishable by up to six years in prison or up to a $10,000 fine or both.

--It is a federal offense for an individual who is subject to an Order of Protection or convicted of a misdemeanor of domestic violence to ship, transport, or possess a firearm or ammunition pursuant to 18 U.S.C. § 922(g)(8) and (9).

--Crossing state, territorial, or tribal boundaries to violate this Order may result in federal imprisonment pursuant to 18 U.S.C. §2262.

# NOTICE TO LAW ENFORCEMENT

--In the event that any Law enforcement officer has probable cause to believe that the Respondent named in the above Order has violated this Order and has verification of this Order the officer, may, without a warrant, arrest the violator whether the violation was in or outside the officer's presence. See A.C.A. §9-15-207(f).

--A law enforcement officer SHALL NOT arrest a Petitioner for the violation of an Order of Protection issued against a Respondent. See A.C.A. §9-15-207(e).

--This Order of Protection is enforceable in every county of this state by any court or law enforcement officer. See A.C.A. §9-15-207(g).

--This Order is entitled to full faith and credit in any jurisdiction of the United States. See 18 U.S.C. §2265.

# IN THE CIRCUIT COURT OF GREENE COUNTY ARKANSAS
## DOMESTIC RELATIONS DIVISION

IN THE CIRCUIT

1. Shelby Rose                           PETITIONER        FILED

              VS.          DR 2015-25 (VH)                JAN 20 2015
                                                            1:26 pm
2. Chester Banks                         RESPONDENT     GREENE CO CIRCUIT CLER

3. PETITIONER INFORMATION            4. RESPONDENT INFORMATION

RACE B SEX F D.O.B. 10/22/91           RACE B SEX M D.O.B. 08/2/92

(810)513 7783                          (870)513 7841
PHONE                                  PHONE

714 West Main St                       634 W Strawn Av
Paragould AR, 72450                    Jonesboro AR, 72401
HOME ADDRESS                           HOME ADDRESS

_____                _____
WORK ADDRESS                           WORK ADDRESS

### PETITION FOR ORDER OF PROTECTION

5.   (X) I am the Petitioner and (check one)
                (X) am at least 18 years of age, or
                ( ) under 18 years of age but emancipated

6.   (X) I am filing on behalf of myself

7.   (X) I am filing on behalf of a family or household member who is:
                (X) a minor whose name is Rylin & Tarvelleigh
                ( ) an adjudicated incompetent person whose name is
                    _____

8.   ( ) I am an employee or volunteer of a domestic violence shelter or program, and
         I am filing on behalf of a minor.

9.   ( ) The Respondent is:  (check one)
                ( ) at least 18 years of age, or
                ( ) under 18 but emancipated

10.  The Respondent is a resident of the State of Arkansas

11.  I am a resident of the State of Arkansas

ANSAS    IN THE CIRCUIT

12. The Petitioner and Respondent (or victim if filing on behalf of a minor or incompetent person):  (check all that apply)

☐ are spouses                    ☐ are former spouses
☐ are parent and child           ☐ are related by blood
☐ currently reside together or cohabit    ☒ have children in common
☒ formerly resided together or cohabited; but separated on  _1-2-15_
☒ are presently or in the past have been in a dating relationship

13. Have you previously filed for an Order of Protection?
☐ Yes  ☒ No.  If yes, state the approximate date and the county in which the Petition was filed: _____

14. Has an Order of Protection or No Contact Order been entered against you?
☐ Yes  ☒ No.  If yes, state the approximate date and the county in which the Order was entered: _____

15. Is the Respondent a convicted felon?
☐ Yes  ☐ No  ☒ Unknown.  If yes, state the approximate date and the county in which the convictions were entered: _____
_____

16. Is the Respondent employed by one or more of the following organizations: Check all that apply:
☐ Police Department
☐ Fire Department
☐ Military (Active, Reserve, or National Guard)
☐ Other organization that requires the use of firearms, please explain: _____

17. I am requesting (check all that apply):
☒ An Order of Protection for the children:
☐ Temporary custody of the children:
Please list each child, their date of birth and the person with current physical custody of the children:

| NAME | D.O.B. | RACE | CUSTODY |
|---|---|---|---|
| Kylin Banks | 01\|10\|13 | Blw | |
| Traileigh Banks | 06\|09\|14 | Blw | |
| | | | |
| | | | |

18. Is there and outstanding court order awarding custody, either temporary or permanent, of the child(ren)?  ☐ Yes;  ☒ No.  If Yes, were you awarded custody of the child(ren) by that order?  ☐ Yes;  ☐ No

19.     The Respondent has committed domestic abuse to the Petitioner or victim by the following acts: (describe in detail, and provide date of such acts):

A few days after I had my daughter he choked me, and its happend severe times before. But on Jan. 2 he grabbed me by the hair three times and slammed me to the floor, he choked me, and hit me in the face twice, and attempted to stomp me. And my two year old seen some of it!

He has been coming by my house, at 3am monday- thursday and harassing me the parragould police has been called every time and they have reports! He has also made threats which makes me fear for my kids and myself.

My Mother has been a witness to his previais acts of violence.

20.     (a)   I am afraid of the Respondent and there is an immediate and present danger of domestic abuse to me; or

b)   The Respondent is scheduled to be released from incarceration within 30 days, and upon Respondent's release there will be an immediate and present danger of domestic abuse to me.

The reasons are as follows: (please be specific)

I am afraid hes going to show back up and hurt me again because I pressed charges & will not allow him around the kids.

21.    Petitioner requests that the court issue an ex-parte order of protection with
the following provisions: (check all that are being requested)

    a) ☒  excluding Respondent from a shared residence or from the
residence of the Petitioner or victim at
714 West Main St.

    b) ☐  excluding Respondent from the Petitioner's place of employment,
business, school, or other location of Petitioner or victim.
Address of Place of Employment: _____.
Address of School: _____.

    c) ☐  awarding the Petitioner the temporary custody of the minor
child(ren) named in paragraph 17.

    d) ☐  requiring Respondent to pay:
        1)  child support in the amount of $_____.
        2)  Spousal support in the amount of $_____.

    e) ☐  excluding Petitioner's address from any Notice.

    f) ☐  prohibiting the Respondent, directly or through an agent, from
contacting Petitioner or victim, except under the following
conditions: _____
_____
_____


22.    ☐  It is further requested that upon hearing, the court issue a full order of
protection to include a restraining order excluding Respondent from the place of
employment, business, residence or school, awarding custody of children and
requiring Respondent to pay child support and/or spousal support, and in addition,
to pay filing fees, service fees, and Petitioner's attorney's fees.

The Petitioner, under oath and penalty of perjury, states that the facts stated in the above petition are true according to Petitioner's best knowledge and belief.

_Shelby Rose_
**Petitioner**

STATE OF ARKANSAS
COUNTY OF _Greene_

Subscribed and sworn to before me this _7_ day of _Jan_ _2015_

_[signature]_
Notary Public or Clerk

My Commission Expires: _5/20/2023_

_____

> JAMI L SHIRLEY
> GREENE COUNTY
> NOTARY PUBLIC - ARKANSAS
> My Commission Expires May 20, 2023
> Commission No. 12393616

## PLAINTIFF INFORMATION PROTECTION ORDERS

**PLEASE PRINT**

FULL NAME OF PROTECTED PERSON  Shelby Rose

SEX  F    RACE  White    DATE OF BIRTH  10|22|1991

ADDRESS  714 W. Main St  Paragould

PHONE NUMBER  (870)583-2783  (870)573-9929

**#1 MINOR CHILD**

NAME  Rylin Banks

SEX  Male    RACE  B/W    DATE OF BIRTH  01|10|83

**#2 MINOR CHILD**

NAME  Tratleigh Banks

SEX  Female    RACE  B/W    DATE OF BIRTH  05|09|84

**#3 MINOR CHILD**

NAME

SEX    RACE    DATE OF BIRTH

**#4 MINOR CHILD**

NAME

SEX    RACE    DATE OF BIRTH

**#5 MINOR CHILD**

NAME

SEX    RACE    DATE OF BIRTH

SIGNATURE OF PLAINTIFF

Shelby Rose

## DEFENDANT INFORMATION PROTECTION ORDERS

PLEASE PRINT

FULL NAME OF DEFENDANT Chester Willie Banks III

SEX Male RACE Black SKIN TONE dark

HAIR COLOR Black EYE COLOR Brown HEIGHT 5'9 WEIGHT 140

DATE OF BIRTH 08/02/1992 PLACE OF BIRTH California

SCARS, MARKS AND TATTOOS C. B tattooed on left + right
bicep. Shante tattooed on fore arm
Camari Banks tattooed on other forearm.

MEDICAL CONDITIONS _____

_____

_____

VEHICLE DESCRIPTION

VEHICLE ID NUMBER (VIN) _____

MAKE _____ MODEL _____ STYLE _____ COLOR _____

YEAR _____ LICENSE PLATE NUMBER AND STATE _____

LAST KNOWN ADDRESS _____

_____

PLACE OF EMPLOYMENT _____

ADDITIONAL INFORMATION HELPFUL IN LOCATING SUBJECT _____

_____

_____

*Rose vs Banks*

# ATTENTION: DR 2015-25

Legal Aid of Arkansas receives a grant to represent Petitioners in Order of Protection cases free of charge.*

Legal Aid of Arkansas is prohibited from contacting you directly without your permission. If you would like Legal Aid of Arkansas to represent you in your Order of Protection case:

1)  Please call to apply for services at:

**1-800-952-9243**
**Monday-Thursday 9-11 a.m. and 1-3 p.m.**
**Tuesday evening 5:15-7:15**

and/or

2)  Complete the following:

I _Shelby Rose_ *(printed name), would like Legal Aid of Arkansas to contact me about representation in my Order of Protection case. I can be reached at* 870-573-9929

*To correct phone # on previous sheet sent* RC

*I understand that by requesting that Legal Aid of Arkansas contact me that Legal Aid will try to have an attorney at court, but may not contact me before my court date. I also understand that if I do not call to apply for services before my court date that Legal Aid of Arkansas cannot guarantee that an attorney will be at court to represent me.*

**Signed:**

_Shelby Rose_

*In some cases Legal Aid of Arkansas may be not be able to represent a Petitioner because of certain ethical rules.

Chester Banks
14912 Camp Lane
Gulfport, MS, 39503

United States D
Eastern District
1615 South Main St
Jonesboro, AR