IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHESTER WILLIE BANKS, III**                                    PLAINTIFF

v.                          No. 3:25-cv-268-DPM

**GREENE COUNTY, ARKANSAS**                                 DEFENDANT

## ORDER

1. Banks's motion to proceed *in forma pauperis*, Doc. 1, is denied. The Court needs more information. Banks says he is unemployed and has no income but gives no other details about his finances.

2. Banks must submit a completed *in forma pauperis* application by 12 January 2026. If he doesn't, the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

3. The Court directs the Clerk to mail Banks an *in forma pauperis* application along with a copy of this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 December 2025