# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHESTER WILLIE BANKS, III**                                                                 **PLAINTIFF**

**v.**             **No. 3:25-cv-268-DPM**

**GREENE COUNTY, ARKANSAS**                                                          **DEFENDANT**

## JUDGMENT

Banks's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

<u>4 February 2026</u>